UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, Petitioner, v. ALAMEDA COUNTY SUPERIOR COURT, Respondent. | Case No. 21-cv-01192-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 1 and 8 |

Petitioner Steven Wayne Bonilla, a California prisoner on death row, has filed a pro se petition for a writ of habeas corpus. However, he has a pending habeas petition in which he challenges the same state court judgment he challenges here. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case. He must bring all of his claims, motions and other requests through counsel in that case, not in a new petition filed in a new case. Accordingly, his petition here is DISMISSED.

The application for leave to proceed *in forma pauperis* is GRANTED. (Dkt. No. 8.) His motion to vacate his state court judgment is DENIED. (Dkt. No. 1.)

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 18, 2021

WILLIAM H. ORRICK
United States District Judge